UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                              :
                                    :   Case No. 10-50152
Shaun A. Powell                     :   Chapter 7
Julie A. Powell,                    :   Judge Hoffman
                                    :
        Debtors.                    :

**NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

        The attached check in the amount of $2.59 represents the total sum of unclaimed
and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a)
and FRBP 3010.  The name(s) and addresses of the parties entitled to those unclaimed
dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| American Electric Power PO Box 2021 Roanoke, VA  24022-2121 | 1 | $2.59 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $2.59 | $0 |

Dated: October 4, 2010                  /s/ Thomas McK. Hazlett
                                        Thomas McK. Hazlett, Case Trustee

cc:  U. S. Trustee

                        ###